# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Christie L. Rhoney, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00549-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| James Buie | ) | |
| Gaston County, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 14, 2016 Order.

July 14, 2016

Frank G. Johns, Clerk
United States District Court